Kym Samuel Cushing, Esq.
Nevada Bar No. 4242
Douglas M. Rowan, Esq.
Nevada Bar No. 4736
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
douglas.rowan@wilsonelser.com
*Attorneys for Defendant Target Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIE ERCILLO, individually, | CASE NO.: 2:15-cv-00193-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO REMAND ACTION PURSUANT TO 28 U.S.C. §1447** |
| TARGET CORPORATION, a foreign corporation; DOES I – X, and ROE CORPORATIONS XI - XX, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Anthony M. Paglia, Esq., of ANTHONY PAGLIA INJURY LAWYER LTD, attorneys for Plaintiff, JULIA ERCILLO (hereinafter "Plaintiff"), and Kym Samuel Cushing, Esq. and Douglas M. Rowan, Esq. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, attorneys for Defendant TARGET CORPORATION (hereinafter "Defendant"), that as the total value of damages in this action does not exceed this Court's required amount of SEVENTY-FIVE THOUSAND DOLLARS and NO CENTS ($75,000.00) necessary to maintain subject matter jurisdiction in this Court, this case shall be REMANDED to the Eighth Judicial District Court of Clark County, Nevada for all further proceedings.

. . .

. . .

. . .

| | |
|---|---|
| DATED this ___ day of March, 2015.<br><br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER LLP<br><br>BY: _____<br>Kym Samuel Cushing, Esq.<br>Nevada Bar No. 004242<br>Douglas M. Rowan, Esq.<br>Nevada Bar No. 004736<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant Target Corporation | DATED this ___ day of March, 2015.<br><br>ANTHONY PAGLIA INJURY LAWYER LTD<br><br>BY: _____<br>Anthony M. Paglia, Esq.<br>Nevada Bar No. 011234<br>255 E. Warm Springs Road Suite 100A<br>Las Vegas, NV 89119<br>Attorney for Plaintiff<br>Julie Ercillo |

## ORDER

IT IS HEREBY ORDERED that, as the value of this case does not exceed the jurisdictional limits of this Court, this case is REMANDED to the Eighth Judicial District Court of Clark County, Nevada for all future proceedings.

Dated: March 11, 2105.

_____
UNITED STATES DISTRICT JUDGE

Prepared and Respectfully Submitted by:

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP

BY: _____
Kym Samuel Cushing, Esq.
Nevada Bar No. 004242
Douglas M. Rowan, Esq.
Nevada Bar No. 004736
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant Target Corporation*